NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NUANCE COMMUNICATIONS, INC., A DELAWARE CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**ABBYY SOFTWARE HOUSE, A RUSSIAN CORPORATION, ABBYY USA SOFTWARE HOUSE, A CALIFORNIA CORPORATION, LEXMARK INTERNATIONAL, INC., A DELAWARE CORPORATION,** AND **ABBYY PRODUCTION LLC,**
*Defendants-Cross-Appellants.*

---

2014-1229, -1260

---

Appeals from the United States District Court for the Northern District of California in No. 3:08-cv-02912-JSW, Judge Jeffrey S. White.

---

**ON MOTION**

---

## O R D E R

The parties jointly move to withdraw their appeals. Nuance Communications, Inc., in the alternative, moves for a 30-day extension of time to file its opening brief.

2     NUANCE COMMUNICATIONS, INC. v. ABBYY SOFTWARE HOUSE

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw these appeals is granted. The appeals are dismissed.

(2) Each side shall bear its own costs.

(3) All other pending motions are denied as moot.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: April 7, 2014